IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARAD MIKEL HEGER ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-21-985-C |
| ) | |
| STATE OF OKLAHOMA, et al., ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner filed the present action pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court convictions. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin, who entered a Report and Recommendation ("R&R") on February 15, 2022, recommending the Petition be denied. Petitioner has submitted a letter directed to Judge Erwin, which the Court will construe as an objection.

The substantive facts and law are accurately set out in Judge Erwin's R&R and there is no purpose to be served in repeating them yet again. As Judge Erwin noted, Petitioner has failed to demonstrate and cannot demonstrate that the matters he challenges in this habeas action were decided in a manner that was contrary to or an unreasonable application of Supreme Court law. It is clear that Petitioner has failed to exhaust state court remedies prior to bringing this action. Nothing in Petitioner's letter offers grounds for a different outcome. Accordingly, habeas relief is not warranted.

As set forth more fully herein, the Court adopts, in full, the Report and Recommendation of the Magistrate Judge (Dkt. No. 21), and the Petition for Habeas Corpus is DENIED.  A separate judgment will issue.

IT IS SO ORDERED this 8th day of March 2022.

ROBIN J. CAUTHRON
United States District Judge